UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Multi Housing Association; StuartCo; Woodridge Apartments of Eagan, LLC; Guardian Property Management,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Tim Walz, in his individual and official capacity as Governor of the State of Minnesota; Keith Ellison, in his individual and official capacity as Attorney General of the State of Minnesota; and John Doe,<br><br>　　　　　Defendants. | Case No.: 21-cv-1399 WMW/KMM<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action without prejudice. Defendants have not yet answered the amended complaint or moved for summary judgment.

|  |  |
|---|---|
|  | **ANTHONY OSTLUND<br>BAER & LOUWAGIE P.A.** |
| Dated: June 30, 2021 | By: *s/ Joseph W. Anthony*<br>     Joseph W. Anthony (#0002872)<br>     janthony@anthonyostlund.com<br>     Norman H. Pentelovitch (#399055)<br>     Npentelovitch@anthonyostlund.com<br>     Joseph T. Janochoski (#0399952)<br>     Jjanochoski@anthonyostlund.com<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402<br>Telephone:  (612) 349-6969<br>Facsimile:  (612) 349-6996<br><br>**ATTORNEYS FOR PLAINTIFFS** |